CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

SPENCER R. BUENO ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __4th__ day of April, 2018.

DocuSigned by:

*Spencer Bueno*
SPENCER R. BUENO
F8889E4C9B374E0...
4/4/2018

SCHEDULE A

SECURITIES TRANSACTIONS

**VIX Options**

| Date Acquired | Type/Amount of Options Acquired | Price |
|---|---|---|
| 04/01/2014 | (VIX 04/16/2014 14.00 C)10 | $1.00 |
| 04/01/2014 | (VIX 05/21/2014 16.00 C)5 | $1.20 |
| 04/10/2014 | (VIX 05/21/2014 20.00 C)10 | $0.75 |
| 04/17/2014 | (VIX 05/21/2014 18.00 C)5 | $0.70 |
| 05/02/2014 | (VIX 05/21/2014 14.00 C)10 | $1.20 |
| 05/21/2014 | (VIX 06/18/2014 20.00 C)10 | $0.25 |
| 07/01/2014 | (VIX 10/22/2014 18.00 C)5 | $1.07 |
| 07/01/2014 | (VIX 10/22/2014 18.00 C)10 | $1.10 |
| 07/29/2014 | (VIX 09/17/2014 20.00 C)10 | $0.54 |
| 08/01/2014 | (VIX 09/17/2014 20.00 C)5 | $0.81 |
| 08/08/2014 | (VIX 08/20/2014 16.00 C)10 | $1.20 |
| 08/14/2014 | (VIX 09/17/2014 17.00 C)20 | $0.72 |
| 08/14/2014 | (VIX 09/17/2014 19.00 C)5 | $0.47 |
| 01/30/2015 | (VIX 02/18/2015 28.00 C)10 | $1.00 |
| 04/13/2015 | (VIX 05/20/2015 20.00 C)1 | $0.60 |
| 04/13/2015 | (VIX 06/17/2015 23.00 C)3 | $0.75 |
| 04/21/2015 | (VIX 06/17/2015 18.00 C)2 | $1.40 |
| 04/23/2015 | (VIX 06/17/2015 20.00 C)2 | $1.05 |
| 04/28/2015 | (VIX 06/17/2015 20.00 C)2 | $0.95 |
| 04/30/2015 | (VIX 05/20/2015 20.00 C)2 | $0.56 |
| 04/30/2015 | (VIX 05/20/2015 21.00 C)1 | $0.50 |
| 05/01/2015 | (VIX 05/20/2015 14.00 C)5 | $1.70 |
| 05/01/2015 | (VIX 05/20/2015 14.00 C)5 | $1.25 |
| 05/01/2015 | (VIX 05/20/2015 18.00 C)7 | $0.50 |
| 05/01/2015 | (VIX 05/20/2015 18.00 C)8 | $0.50 |
| 05/04/2015 | (VIX 05/20/2015 14.00 C)5 | $1.10 |
| 05/06/2015 | (VIX 05/20/2015 30.00 C)1 | $0.10 |
| 05/07/2015 | (VIX 05/20/2015 18.00 C)2 | $0.85 |
| 05/08/2015 | (VIX 05/20/2015 14.00 C)2 | $0.99 |
| 05/19/2015 | (VIX 06/17/2015 20.00 C)3 | $0.50 |
| 05/21/2015 | (VIX 06/17/2015 20.00 C)4 | $0.40 |
| 06/03/2015 | (VIX 06/17/2015 20.00 C)6 | $0.27 |
| 07/10/2015 | (VIX 07/22/2015 20.00 C)1 | $0.90 |
| 07/10/2015 | (VIX 07/22/2015 20.00 C)1 | $0.90 |
| 07/10/2015 | (VIX 07/22/2015 25.00 C)5 | $0.53 |
| 07/20/2015 | (VIX 08/19/2015 15.00 C)5 | $1.05 |
| 07/21/2015 | (VIX 08/19/2015 15.00 C)2 | $1.04 |
| 07/30/2015 | (VIX 09/16/2015 16.00 C)3 | $1.50 |
| 07/30/2015 | (VIX 09/16/2015 16.00 C)10 | $1.50 |
| 08/05/2015 | (VIX 09/16/2015 12.00 C)1 | $2.96 |
| 08/05/2015 | (VIX 09/16/2015 16.00 C)2 | $1.15 |
| 08/20/2015 | (VIX 09/16/2015 22.00 C)1 | $0.75 |
| 08/20/2015 | (VIX 09/16/2015 22.00 C)3 | $0.75 |
| 08/31/2015 | (VIX 09/16/2015 45.00 C)2 | $0.34 |
| 09/16/2015 | (VIX 10/21/2015 30.00 C)7 | $0.95 |
| 09/30/2015 | (VIX 10/21/2015 30.00 C)12 | $0.99 |

| Date Acquired | Type/Amount of Options Acquired | Price |
|---|---|---|
| 11/16/2015 | (VIX 12/16/2015 28.00 C)2 | $0.70 |
| 12/22/2015 | (VIX 01/20/2016 20.00 C)5 | $1.75 |
| 12/22/2015 | (VIX 12/23/2015 18.00 C)1 | $0.25 |
| 01/05/2016 | (VIX 01/13/2016 30.00 C)1 | $0.35 |
| 01/07/2016 | (VIX 02/17/2016 25.00 C)3 | $1.95 |
| 01/07/2016 | (VIX 02/17/2016 25.00 C)3 | $1.79 |
| 01/11/2016 | (VIX 02/17/2016 25.00 C)5 | $2.42 |
| 01/12/2016 | (VIX 01/27/2016 25.00 C)1 | $1.60 |
| 01/12/2016 | (VIX 02/17/2016 25.00 C)5 | $1.90 |
| 01/20/2016 | (VIX 02/17/2016 25.00 C)2 | $3.76 |
| 01/20/2016 | (VIX 02/17/2016 25.00 C)5 | $3.85 |
| 01/21/2016 | (VIX 02/17/2016 25.00 C)2 | $2.80 |
| 01/21/2016 | (VIX 02/17/2016 25.00 C)3 | $2.85 |
| 01/21/2016 | (VIX 02/17/2016 25.00 C)3 | $3.30 |
| 01/21/2016 | (VIX 02/17/2016 25.00 C)5 | $3.30 |
| 01/21/2016 | (VIX 02/17/2016 25.00 C)5 | $3.00 |
| 01/25/2016 | (VIX 02/17/2016 25.00 C)5 | $1.90 |
| 02/22/2016 | (VIX 03/16/2016 26.00 C)3 | $0.90 |
| 03/09/2016 | (VIX 04/20/2016 21.00 C)1 | $2.25 |
| 03/22/2016 | (VIX 05/18/2016 20.00 C)10 | $1.75 |
| 03/23/2016 | (VIX 03/30/2016 23.00 C)6 | $0.10 |
| 06/22/2016 | (VIX 07/06/2016 18.00 C)1 | $1.95 |
| 06/29/2016 | (VIX 07/06/2016 23.00 C)8 | $0.15 |
| 07/07/2016 | (VIX 07/13/2016 21.00 C)5 | $0.10 |
| 07/15/2016 | (VIX 08/17/2016 18.00 C)7 | $1.15 |
| 08/16/2016 | (VIX 09/21/2016 25.00 C)1 | $0.45 |
| 09/19/2016 | (VIX 11/16/2016 18.00 C)50 | $2.50 |
| 09/20/2016 | (VIX 09/28/2016 22.00 C)20 | $0.30 |
| 09/23/2016 | (VIX 09/28/2016 22.00 C)2 | $0.05 |
| 10/19/2016 | (VIX 11/16/2016 25.00 C)100 | $0.44 |
| 10/31/2016 | (VIX 12/21/2016 20.00 C)40 | $1.50 |
| 11/07/2016 | (VIX 12/21/2016 20.00 C)20 | $1.57 |
| 12/19/2016 | (VIX 01/18/2017 19.00 C)100 | $0.70 |
| 12/21/2016 | (VIX 01/18/2017 19.00 C)150 | $0.53 |
| 12/28/2016 | (VIX 01/04/2017 15.00 C)20 | $0.30 |
| 12/28/2016 | (VIX 01/04/2017 15.00 C)30 | $0.25 |
| 12/30/2016 | (VIX 01/25/2017 25.00 C)30 | $0.30 |
| 01/03/2017 | (VIX 01/18/2017 19.00 C)100 | $0.40 |
| 01/04/2017 | (VIX 01/25/2017 14.00 C)10 | $1.10 |
| 01/06/2017 | (VIX 01/25/2017 14.00 C)10 | $0.70 |
| 02/14/2017 | (VIX 02/22/2017 15.00 C)1 | $0.20 |
| 02/22/2017 | (VIX 03/01/2017 18.00 C)15 | $0.05 |
| 03/07/2017 | (VIX 03/22/2017 17.00 C)20 | $0.17 |
| 03/07/2017 | (VIX 03/22/2017 17.00 C)30 | $0.17 |
| 03/07/2017 | (VIX 04/19/2017 17.00 C)10 | $1.03 |
| 03/07/2017 | (VIX 04/19/2017 17.00 C)40 | $1.04 |
| 03/15/2017 | (VIX 03/22/2017 17.00 C)10 | $0.12 |
| 03/15/2017 | (VIX 03/22/2017 17.00 C)40 | $0.13 |
| 03/22/2017 | (VIX 03/29/2017 19.00 C)20 | $0.10 |
| 03/22/2017 | (VIX 03/29/2017 19.00 C)30 | $0.10 |
| 03/22/2017 | (VIX 04/19/2017 17.00 C)10 | $0.65 |
| 03/23/2017 | (VIX 03/29/2017 14.00 C)10 | $0.45 |

| Date Acquired | Type/Amount of Options Acquired | Price |
|---|---|---|
| 03/23/2017 | (VIX 03/29/2017 14.00 C)3 | $0.35 |
| 03/23/2017 | (VIX 03/29/2017 14.00 C)22 | $0.40 |
| 03/24/2017 | (VIX 03/29/2017 14.00 C)2 | $0.30 |
| 03/24/2017 | (VIX 03/29/2017 14.00 C)9 | $0.55 |
| 03/24/2017 | (VIX 03/29/2017 14.00 C)40 | $0.35 |
| 03/24/2017 | (VIX 03/29/2017 17.00 C)2 | $0.15 |
| 03/24/2017 | (VIX 03/29/2017 17.00 C)5 | $0.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)5 | $1.00 |
| 03/29/2017 | (VIX 06/21/2017 13.00 C)50 | $2.45 |
| 03/31/2017 | (VIX 05/17/2017 15.00 C)25 | $1.15 |
| 03/31/2017 | (VIX 05/17/2017 15.00 C)50 | $1.20 |
| 04/03/2017 | (VIX 04/19/2017 15.00 C)25 | $0.50 |
| 04/04/2017 | (VIX 04/12/2017 20.00 C)10 | $0.05 |
| 04/11/2017 | (VIX 04/19/2017 19.00 C)1 | $0.50 |
| 04/11/2017 | (VIX 05/17/2017 18.00 C)2 | $1.20 |
| 04/11/2017 | (VIX 05/17/2017 18.00 C)25 | $1.28 |
| 04/12/2017 | (VIX 04/19/2017 16.00 C)10 | $1.15 |
| 04/13/2017 | (VIX 05/17/2017 15.00 C)10 | $1.95 |
| 04/18/2017 | (VIX 05/17/2017 15.00 C)20 | $1.50 |
| 04/18/2017 | (VIX 05/17/2017 15.00 C)25 | $1.50 |
| 04/18/2017 | (VIX 05/17/2017 17.00 C)25 | $1.00 |
| 04/18/2017 | (VIX 05/17/2017 45.00 C)10 | $0.05 |
| 04/19/2017 | (VIX 05/17/2017 15.00 C)5 | $1.30 |
| 04/21/2017 | (VIX 04/26/2017 22.00 C)4 | $0.10 |
| 04/25/2017 | (VIX 05/17/2017 15.00 C)10 | $0.45 |

| Date Sold | Type/Amount of Options Sold | Price |
|---|---|---|
| 5/22/2014[A] | (VIX 05/21/2014 14.00 C)10 | $0.00 |
| 5/22/2014[A] | (VIX 05/21/2014 16.00 C)5 | $0.00 |
| 5/22/2014[A] | (VIX 05/21/2014 18.00 C)5 | $0.00 |
| 5/22/2014[A] | (VIX 05/21/2014 20.00 C)10 | $0.00 |
| 6/19/2014[A] | (VIX 06/18/2014 20.00 C)10 | $0.00 |
| 8/21/2014[A] | (VIX 08/20/2014 16.00 C)10 | $0.00 |
| 9/18/2014[A] | (VIX 09/17/2014 17.00 C)20 | $0.00 |
| 9/18/2014[A] | (VIX 09/17/2014 19.00 C)5 | $0.00 |
| 9/18/2014[A] | (VIX 09/17/2014 20.00 C)15 | $0.00 |
| 12/22/2016[A] | (VIX 12/21/2016 20.00 C)60 | $0.00 |
| 1/5/2017[A] | (VIX 01/04/2017 15.00 C)50 | $0.00 |
| 1/19/2017[A] | (VIX 01/18/2017 19.00 C)350 | $0.00 |
| 1/26/2017[A] | (VIX 01/25/2017 14.00 C)20 | $0.00 |
| 1/26/2017[A] | (VIX 01/25/2017 25.00 C)30 | $0.00 |
| 3/30/2017[A] | (VIX 03/29/2017 19.00 C)50 | $0.00 |
| 4/13/2017[A] | (VIX 04/12/2017 20.00 C)10 | $0.00 |
| 4/20/2017[A] | (VIX 04/19/2017 19.00 C)1 | $0.00 |
| 4/27/2017[A] | (VIX 04/26/2017 22.00 C)4 | $0.00 |
| 5/18/2017[A] | (VIX 05/17/2017 15.00 C)140 | $0.00 |

| Date Sold | Type/Amount of Options Sold | Price |
|---|---|---|
| 5/18/2017[A] | (VIX 05/17/2017 17.00 C)25 | $0.00 |
| 5/18/2017[A] | (VIX 05/17/2017 45.00 C)10 | $0.00 |
| 6/22/2017[A] | (VIX 06/21/2017 13.00 C)40 | $0.00 |
| 04/15/2014 | (VIX 04/16/2014 14.00 C)5 | $3.20 |
| 04/17/2014 | (VIX 04/16/2014 14.00 C)5 | $0.67 |
| 08/05/2014 | (VIX 10/22/2014 18.00 C)5 | $1.90 |
| 10/10/2014 | (VIX 10/22/2014 18.00 C)5 | $2.70 |
| 10/15/2014 | (VIX 10/22/2014 18.00 C)1 | $6.90 |
| 10/15/2014 | (VIX 10/22/2014 18.00 C)4 | $6.90 |
| 01/12/2015 | (VIX 01/21/2015 27.00 C)5 | $0.45 |
| 02/05/2015 | (VIX 02/18/2015 28.00 C)10 | $0.28 |
| 04/22/2015 | (VIX 06/17/2015 18.00 C)2 | $1.35 |
| 04/28/2015 | (VIX 05/20/2015 20.00 C)1 | $0.37 |
| 05/06/2015 | (VIX 06/17/2015 20.00 C)1 | $1.05 |
| 05/06/2015 | (VIX 06/17/2015 23.00 C)3 | $0.75 |
| 05/08/2015 | (VIX 06/17/2015 20.00 C)3 | $0.76 |
| 05/11/2015 | (VIX 05/20/2015 18.00 C)7 | $0.20 |
| 05/11/2015 | (VIX 05/20/2015 18.00 C)10 | $0.25 |
| 05/19/2015 | (VIX 05/20/2015 14.00 C)7 | $0.10 |
| 05/19/2015 | (VIX 05/20/2015 14.00 C)10 | $0.10 |
| 08/21/2015 | (VIX 09/16/2015 12.00 C)1 | $6.60 |
| 08/21/2015 | (VIX 09/16/2015 16.00 C)2 | $3.40 |
| 08/21/2015 | (VIX 09/16/2015 16.00 C)3 | $2.85 |
| 08/21/2015 | (VIX 09/16/2015 16.00 C)10 | $2.75 |
| 08/21/2015 | (VIX 09/16/2015 22.00 C)1 | $1.40 |
| 08/21/2015 | (VIX 09/16/2015 22.00 C)1 | $1.25 |
| 08/21/2015 | (VIX 09/16/2015 22.00 C)2 | $1.40 |
| 09/01/2015 | (VIX 09/16/2015 45.00 C)2 | $0.80 |
| 09/28/2015 | (VIX 10/21/2015 30.00 C)2 | $1.60 |
| 01/06/2016 | (VIX 01/20/2016 20.00 C)5 | $2.05 |
| 01/15/2016 | (VIX 02/17/2016 25.00 C)5 | $3.30 |
| 01/15/2016 | (VIX 02/17/2016 25.00 C)6 | $3.10 |
| 01/19/2016 | (VIX 01/27/2016 25.00 C)1 | $2.30 |
| 02/10/2016 | (VIX 02/17/2016 25.00 C)20 | $2.15 |
| 02/11/2016 | (VIX 02/17/2016 25.00 C)5 | $3.90 |
| 02/11/2016 | (VIX 02/17/2016 25.00 C)5 | $4.20 |
| 06/27/2016 | (VIX 07/06/2016 18.00 C)1 | $4.70 |
| 11/01/2016 | (VIX 11/16/2016 25.00 C)100 | $0.90 |
| 03/15/2017 | (VIX 03/22/2017 17.00 C)100 | $0.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)1 | $1.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)1 | $1.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)1 | $1.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)1 | $1.10 |
| 03/24/2017 | (VIX 04/19/2017 15.00 C)1 | $1.10 |
| 03/27/2017 | (VIX 03/29/2017 14.00 C)5 | $0.20 |
| 03/27/2017 | (VIX 03/29/2017 14.00 C)7 | $0.15 |
| 04/11/2017 | (VIX 04/19/2017 15.00 C)10 | $1.40 |
| 04/11/2017 | (VIX 04/19/2017 15.00 C)15 | $1.40 |
| 04/11/2017 | (VIX 04/19/2017 17.00 C)60 | $0.80 |
| 04/12/2017 | (VIX 05/17/2017 15.00 C)5 | $1.85 |
| 04/12/2017 | (VIX 05/17/2017 18.00 C)27 | $1.20 |

| Date Sold | Type/Amount of Options Sold | Price |
|---|---|---|
| 04/13/2017 | (VIX 04/19/2017 16.00 C)10 | $1.15 |
| 04/21/2017 | (VIX 06/21/2017 13.00 C)10 | $2.15 |

[A]Expired