UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPENCER ROLAND BUENO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CBOE GLOBAL MARKETS, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-02435 <br><br> <u>CLASS ACTION</u> <br><br> The Honorable Manish S. Shah |

SUPPLEMENTAL CERTIFICATION OF
NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

1436025_1

SPENCER R. BUENO ("Plaintiff") declares:

Plaintiff hereby amends paragraph 4 of his Certification of Named Plaintiff Pursuant to Federal Securities Laws, dated April 4, 2018, previously filed with the Court, as follows:

4.  In addition to the transactions previously identified, plaintiff has made transactions in securities that are the subject of the complaint during the Class Period consisting of 2.97 million shares/contracts for a total value of approximately $76.7 million as set forth in the chart below. These transactions consist of exchange traded products and option contracts on shares of such products whose value is linked to VIX, and option contracts based on the S&P 500.

| Year | Total Shares/Contracts | Dollar Value |
|---|---|---|
| 2010 | 660,044 | $19,253,000 |
| 2011 | 978,720 | $37,971,915 |
| 2012 | 28,115 | $987,188 |
| 2013 | 24,600 | $1,174,069 |
| 2014 | 229,027 | $9,725,298 |
| 2015 | 69,700 | $2,800,301 |
| 2016 | 106,981 | $4,651,463 |
| 2017 | 117 | $88,321 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of May, 2018.

1st Day of June 2018

DocuSigned by:

*Spencer Bueno*

SPENCER R. BUENO
F8889E4C9B374E0...

6/1/2018 11:16:15 AM PDT

- 1 -

1436025_1